AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 4 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RICHARD BANKS A/K/A JUNIOR | ) | Case No:  4:06CR00291-001 SWW |
| | ) | USM No:  24262-009 |
| Date of Previous Judgment:   05/25/2007 | ) | JACK R. KEARNEY |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __63__ months **is reduced to** __60 MONTHS__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  __25__          Amended Offense Level:  __23__
Criminal History Category:  __II__       Criminal History Category:  __II__
Previous Guideline Range:  __63__ to __78__ months    Amended Guideline Range:  __60__ to __63__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  __05/25/2007__  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __06/24/2008__

_____
Judge's signature

Effective Date:  _____
(if different from order date)

Susan Webber Wright, United States District Judge
Printed name and title